Case 6:12-cv-01516-JA-GJK   Document 1   Filed 10/05/12   Page 1 of 5 PageID 1

FILED
2012 OCT -5 PM 1:45
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN FARRELL )
   *Plaintiff,* )
)
) Case No. 6:12-CV-1516-ORL-28-GJK
vs )
) Judge _____
)
PATRICK A. CAREY, P.A. )
PATRICK CAREY, FBN 558184 ) Trial by Jury Demanded
ROBERT J. RIVERA, FBN 46839 )
   *Defendants,* )
)

## ORIGINAL COMPLAINT FOR VIOLATIONS OF THE FDCPA and FCCPA

### JURISDICTION

1. This court has jurisdiction under 15 U.S.C. §1692k(d) and 28 U.S.C §1331.

2. All conditions precedent to the bringing of this action have been performed.

### PARTIES

3. The Plaintiff in this lawsuit is BRIAN FARRELL, a natural person, who resides in Seminole County, Florida.

4. The Defendants in this lawsuit are as follows:

   a. PATRICK A. CAREY, P.A. (hereinafter PAC) is a Law Firm located in Orlando, Florida whose primary business is debt collection and litigation.

   b. PATRICK A. CAREY FBN: 558184 is an attorney and principal of PAC.

   c. ROBERT J. RIVERA FBN: 46839 is an attorney at PAC.

## VENUE

5. The occurrences which give rise to this action occurred in Seminole County, Florida and Plaintiff resides in Seminole County, Florida.

6. Venue is proper in the Middle District of Florida, Orlando Division.

## GENERAL ALLEGATIONS

7. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than the Defendant.

8. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than the Defendant, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family or household purposes.

9. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

10. Plaintiff received an initial letter from Defendant on May 25, 2010.

11. In connection with the collection of an alleged debt, Plaintiff sent a written communication, via certified mail #7010 0290 0000 6941 2636 on June 10, 2010, in which the Plaintiff disputed the debt and demanded validation thereof.

12. Plaintiff's request for validation was within the first thirty (30) days of Defendant's initial contact.

13. However, Defendant continued contacting the Plaintiff without having first provided validation of the debt.

14. Defendant then sued the Plaintiff in county court under a civil action summons dated September 14, 2010 and delivered on October 2, 2010. Defendant is still pursuing this case at the time this complaint is being filed.

15. Plaintiff sent a letter titled "notice of pending lawsuit" to the Defendants, dated April 23, 2012, sent certified mail #7011 0160 0001 0042 6774, trying to resolve this matter, but did not receive any response from the Defendant.

16. Plaintiff sent a 2nd "notice of pending lawsuit" to the Defendants, dated July 24, 2012, and sent certified letter # 7011 0110 0001 0505 8877, again trying to resolve this matter, but to no avail.

## Count I

### VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANTS PAC, PATRICK A. CAREY and ROBERT J. RIVERA

17. Paragraphs 1 through 16 are realleged as though fully set forth herein.

18. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

19. Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA are debt collectors within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

20. Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA violated the FDCPA.

21. Defendant's violations include, but are not limited to, the following:

    (a.) Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA

      violated 15 U.S.C. §1692e(2) by the false representation of character, amount, or legal status of the debt.

  (b.) Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA violated 15 U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

  (c.) Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA violated 15 U.S.C. §1692f(1) by attempting to collect any amount not authorized by the agreement creating the debt or permitted by law.

  (d.) Defendants PAC, PATRICK A. CAREY, and ROBERT J. RIVERA violated 15 U.S.C. §1692g(b) by continuing to collect a debt without having first provided validation of the debt, after receiving a written communication from the Plaintiff disputing the debt.

WHEREFORE, Plaintiff demands judgment for damages <u>against each and every Defendant</u> for statutory damages, actual damages in the amount of any judgment obtained against me in a state court, pursuant to 15 U.S.C. §1692k, any attorney's fees, and costs.

## Count II

### VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA), FLA. STAT. §559(Part VI) BY DEFENDANTS PAC, PATRICK A. CAREY and ROBERT J. RIVERA

22. Paragraphs 1 through 16 are realleged as though fully set forth herein.

23. Plaintiff is a consumer within the meaning of §559.55(2).

24. PAC, PATRICK A. CAREY and ROBERT J. RIVERA are debt collectors

within the meaning of §559.55(6).

25. PAC, PATRICK A. CAREY and ROBERT J. RIVERA violated §559.72(9) by claiming, attempting, or threatening to enforce a debt when such persons knew that the debt was not legitimate.

WHEREFORE, Plaintiff demands judgment for damages <u>against each and every Defendant</u> for statutory damages, actual damages in the amount of any judgment obtained against me in a state court, pursuant to Fla.Stat. §559.77, any attorney's fees, and costs.

Dated: October 5, 2012

Respectfully Submitted,

*/s/ Brian Farrell*
BRIAN FARRELL
106 Clear Lake Circle
Sanford, Florida 32773
321-662-7627
brian_farrell7@yahoo.com